| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | | |
|---|---|---|
| | Debtor(s). | |
| | Plaintiff(s). | CHAPTER: <br> CASE NO.: |
| vs. | | ADVERSARY NO.: |
| | Defendant(s). | DATE: <br> TIME: <br> PLACE: |

# JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.   PLEADINGS/SERVICE:**

1. Have all parties been served?   ☐ Yes   ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?   ☐ Yes   ☐ No

3. Have all motions addressed to the pleadings been resolved?   ☐ Yes   ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?   ☐ Yes   ☐ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:

*(Continued on next page)*

Revised August 2005   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

| Joint Status Report - *Page 2* | F 7016-1.1 |
|---|---|
| In re<br><br>                                                                  Debtor(s). | CHAPTER:<br><br>CASE NO.:<br><br>ADVERSARY NO.: |

**B.  READINESS FOR TRIAL:**

    1.    When will you be ready for trial in this case?
                     Plaintiff                               Defendant

    2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.
                     Plaintiff                               Defendant

    3.    When do you expect to complete your discovery efforts?
                     Plaintiff                               Defendant

    4.    What additional discovery do you require to prepare for trial?
                     Plaintiff                               Defendant

**C.  TRIAL TIME:**

    1.    What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
                     Plaintiff                               Defendant

    2.    How many witnesses do you intend to call at trial (including opposing parties)?
                     Plaintiff                               Defendant

    3.    How many exhibits do you anticipate using at trial?
                     Plaintiff                               Defendant

*(Continued on next page)*

Joint Status Report - *Page 3*     F 7016-1.1

| In re | | CHAPTER: |
|---|---|---|
| | | CASE NO.: |
| | Debtor(s). | ADVERSARY NO.: |

**D.**    **PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

         <u>Plaintiff</u>                                       <u>Defendant</u>

Pre-trial conference ___ (is)/ ___ (is not) requested.     Pre-trial conference ___ (is)/ ___ (is not) requested.
Reasons: _____                Reasons: _____

         <u>Plaintiff</u>                                       <u>Defendant</u>

Pre-trial conference should be set <u>after</u>:            Pre-trial conference should be set <u>after</u>:

(date) _____                  (date) _____

**E.**    **SETTLEMENT:**

    1.     What is the status of settlement efforts?

    2.     Has this dispute been formally mediated?     ☐ Yes     ☐ No
           If so, when?

    3.     Do you want this matter sent to mediation at this time?

             Plaintiff                       Defendant
            ☐ Yes    ☐ No           ☐ Yes    ☐ No

*(Continued on next page)*

Joint Status Report - *Page 4*    F 7016-1.1

| In re Manmohan S. Biring | CHAPTER: 7 |
| --- | --- |
| | CASE NO.: 2:07-bk-21006 SB |
| Debtor(s). | ADVERSARY NO.: 2:08-01172 SB |

F.    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

Respectfully submitted,

Dated: 10/10/08                                                                           Dated: 10/10/08

Law Offices of Matthew A. Lesnick                                          Law Offices of David A. Tilem
*Firm Name*                                                                              *Firm Name*

By: /s/ M. Lesnick                                                                      By: /s/ Barry R. Wegman

Name: Matthew A. Lesnick                                                       Name: Barry R. Wegman

Attorney for: Plaintiff Yogesh Dhawan                                    Attorney for: Defendant and Debtor M. Biring

<u>PROOF OF SERVICE</u>

I am over 18 years of age, not a party to this action and employed in the County of Los Angeles, CA at 185 Pier Avenue, Suite 103, Santa Monica, California 90405. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**JOINT STATUS REPORT, LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

by causing a true and correct copy of the above to be placed in the United States Mail at Santa Monica, CA in sealed envelope(s) with postage prepaid, addressed as follows:

| <u>Counsel for Debtor/Defendant</u> | Office of the United States Trustee |
|---|---|
| Barry Wegman | Ernst & Young Plaza |
| Law Offices of David Tilem | 725 S. Figueroa Street, 26th Floor |
| 206 North Jackson St., Ste 201 | Los Angeles, CA  90017 |
| Glendale, CA  91206 | |

I declare that I am a member of the bar of this court and that this declaration was executed on October 10, 2008 at Santa Monica, California.

/s/ Matthew A. Lesnick
Matthew A. Lesnick