```
 1  Barry R. Wegman (Bar No. 127356)
    LAW OFFICES OF DAVID A. TILEM
 2  206 North Jackson Street, Suite 201
    Glendale, California 91206
 3  Telephone:(818) 507-6000
    Facsimile:(818) 507-6800
 4

 5  Attorneys for Debtor Manmohan S. Biring

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT
 9                  CENTRAL DISTRICT OF CALIFORNIA
10                       LOS ANGELES DIVISION
```

| | |
|---|---|
| In re: | Case No. 2:07-21006-SB |
| **MANMOHAN S. BIRING,** | Chapter 7 |
| Debtor. | |
| **YOGESH DHAWAN,** | Adv. No. 2:08-01172-SB |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY CUTOFF AND PRETRIAL HEARING** |
| vs. | |
| **MANMOHAN SINGH BIRING,** | <u>Current Pretrial Conference Date</u> |
| Defendant. | Date : March 31, 2009<br>Time : 2:00 p.m.<br>Place : Courtroom 1545<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**NOTICE IS HEREBY GIVEN** that Plaintiff Yogesh Dhawan and Defendant Manmohan S. Biring, by and through their respective counsel of record, hereby stipulate to the entry of an Order continuing by forty-five (45) days the last date by which discovery or any motion related to discovery must be filed and continuing the pretrial conference, as follows:

///

///

1    WHEREAS, there is currently pending a motion by the Chapter 7
2 Trustee entitled: *Trustee's Motion for Order: 1) Approving*
3 *Compromise of Controversies with Debtor; and, 2) Approving Form of*
4 *Settlement Agreement and Mutual General Release* ("Trustee's
5 Motion") which concerns the Trustee's settlement with the Debtor,
6 Manmohan S. Biring;

7    WHEREAS, on or about January 27, 2009 the Court issued a
8 tentative ruling which granted the Chapter 7 Trustee's Motion
9 conditioned on Creditor Sehgal being relieved from the automatic
10 stay to pursue any remedies related to the Debtor's residence and
11 to permit Creditor Dhawan to continue his 11 U.S.C. § 523 action to
12 conclusion.  Prior to issuing a ruling, the Court continued the
13 hearing to March 4, 2009 to give the parties time to reach
14 settlement, if possible;

15    WHEREAS, this Court set February 27, 2009 as the last date to
16 conduct discovery or have a motion heard concerning discovery
17 matters and set March 31, 2009 at 2:00 p.m. as the pretrial
18 conference date;

19    WHEREAS, Dhawan and Biring have been engaged in discovery and
20 need to take depositions to complete discovery, which deposition
21 dates have been scheduled prior to the existing discovery cut off
22 date of February 27, 2009;

23    WHEREAS, Dhawan and Biring seek to use the time between the
24 initial date for the hearing on the Trustee's Motion and the
25 continued date of March 4, 2009 to negotiate and reach a settlement
26 and thereby also seek to avoid spending time and funds on
27 depositions which may not be necessary if the parties can reach
28 settlement.

**THEREFORE,**

The parties stipulate as follows:

1. To continue the discovery cut off and the last date to have a motion concerning discovery matters heard from February 27, 2009 to April 15, 2009; and

2. To continue the pretrial conference currently scheduled for March 31, 2009 at 2:00 p.m. to a date approximately 45 days later in May, 2009.

Dated: February 4, 2009        LAW OFFICES OF MATTHEW A. LESNICK

By: _____
Matthew A. Lesnick, attorney for
Plaintiff Yogesh Dhawan

Dated: February 5, 2009        LAW OFFICES OF DAVID A. TILEM

By: _____
Barry R. Wegman, attorney for
Defendant Manmohan S. Biring

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within
4    action; my business address is 206 N. Jackson St., Suite 201, Glendale, California 91206.
5

6    On February 6, 2009 I served the foregoing document described as:

7    **STIPULATION TO CONTINUE DISCOVERY CUTOFF AND PRETRIAL HEARING**

8    on the interested parties in this action by placing a true copy thereof addressed as follows:
9

10   Bren C. Conner                          Matthew A. Lesnick
     Conner & Associates                    185 Pier Avenue, Suite 103
11   212 Yacht Club Way, Ste. No. 2         Santa Monica, CA 90405
     Redondo Beach, CA 90277
12
     United States Trustee                  Honorable Samuel L. Bufford
13   725 S. Figueroa St., 26th Floor        United States Bankruptcy Court
     Los Angeles, CA 90017                  255 E. Temple Street, Suite 1582
14                                          Los Angeles, CA 90012

15   [X]    **(BY MAIL)** I caused such envelope with postage thereon fully
            prepaid to be placed in the United States Mail at Glendale,
16          California.

17   [ ]    **(BY NEXT DAY DELIVERY SERVICE]** I caused such document to be
            transmitted by next day deliver service to the office or
18          residence of the addressee as shown above.

19   Executed on February 6, 2009, at Glendale, California.

20   [ ]    **(State)** I declare that under penalty of perjury under the
            laws of the State of California that the above is true and
21          correct.

22   [x]    **(Federal)** I declare that I am employed in the office of a
            member of the bar of this court at whose direction the
23          service was made.

24

25

26                                          *Malissa Murguia*
                                            Malissa Murguia
27

28

02103.01\Stip2ContDiscCutOff-PreTrial.wpd                4