```
Barry R. Wegman (Bar No. 127356)
LAW OFFICES OF DAVID A. TILEM
206 N. Jackson Street, Suite 201
Glendale, California 91206
Telephone:(818) 507-6000
Facsimile:(818) 507-6800

Attorneys for Debtor
Manmohan S. Biring
```

FILED & ENTERED

FEB 12 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | ) **Case No. 2:07-21006-SB** |
| **MANMOHAN S. BIRING,** | ) **Chapter 7** |
| Debtor. | ) |
| **YOGESH DHAWAN,** | ) **Adv. No. 2:08-01172-SB** |
| Plaintiff, | ) **ORDER ON STIPULATION TO CONTINUE DISCOVERY CUTOFF AND PRETRIAL HEARING** |
| vs. | ) |
| **MANMOHAN SINGH BIRING,** | ) |
| Defendant. | ) |

The Stipulation to Continue the Status Conference by Plaintiff, Yogesh Dhawan and Defendant Manmohan Singh Biring has been considered by the Court, which makes the following Order:

///

///

///

///

///

1   **IT IS HEREBY ORDERED AND DECREED:**

2       1.  The discovery cut off date and the last date to have a
3   motion concerning discovery matters is continued from February 27,
4   2009 to April 15, 2009; and
5       2.  The pretrial conference currently scheduled for March 31,
6   2009 at 2:00 p.m. is continued to May  19  , 2009 at 2:00 p.m.

10                                  ###

27  DATED: February 12, 2009                 _____
                                             United States Bankruptcy Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 206 N. Jackson St., Suite 201, Glendale, California 91206.

    On February 6, 2009 I served the foregoing document described as:

**ORDER ON STIPULATION TO CONTINUE DISCOVERY
CUTOFF AND PRETRIAL HEARING**

on the interested parties in this action by placing a true copy thereof addressed as follows:

| | |
|---|---|
| Honorable Samuel L. Bufford<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1582<br>Los Angeles, CA 90012 | United States Trustee<br>725 S. Figueroa Street, 26th Fl.<br>Los Angeles, CA 90017 |
| Bren C. Conner<br>Conner & Associates<br>212 Yacht Club Way, Ste. No. 2<br>Redondo Beach, CA 90277 | Matthew A. Lesnick<br>185 Pier Avenue, Suite 103<br>Santa Monica, CA 90405 |

[ ]  **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Glendale, California.

[ ]  **(BY FACSIMILE TRANSMISSION)** I caused such document to be sent by automatic facsimile transmission to the following telephone numbers:( see attached list) and confirmation that the transmission was received.

    Executed on February 6, 2009, at Glendale, California.

[ ]  **(State)** I declare that under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                  /s/Malissa Murguia
                                                  Malissa Murguia

| YOGESH DHAWAN v.<br>MANMOHAN SINGH BIRING | **CHAPTER:** 7 |
|---|---|
| | **CASE NUMBER:** 2:08-01172-SB |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON STIPULATION TO CONTINUE DISCOVERY CUTOFF AND PRETRIAL HEARING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/06/09**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
David Tilem: davidtilem@tilemlaw.com; malissamurguia@tilemlaw.com
Matthew A. Lesnick: matt@lesnicklaw.com

☐ Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bren C. Conner
Conner & Associates
212 Yacht Club Way, Ste. No. 2
Redondo Beach, CA 90277

Honorable Samuel L. Bufford
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA 90012

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page