FILED
OCT 20 2010

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

ENTERED
OCT 22 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:          Deputy Clerk

| In re: | ) | Case No. 2:07-bk-21006-PC |
|---|---|---|
| MANMOHAN SINGH BIRING, | ) | Chapter 7 |
| Debtor. | ) | Adversary No. 2:08-ap-01172-PC |
| | ) | |
| YOGESH DHAWAN, | ) | **ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION** |
| Plaintiff, | ) | |
| v. | ) | Date: November 5, 2010<br>Time: 9:30 a.m. |
| MANMOHAN SINGH BIRING, | ) | Place: United States Bankruptcy Court<br>Courtroom # 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |
| Defendant. | ) | |

The court, having taken judicial notice that this adversary proceeding was filed on February 26, 2008; that the parties advised the court at a status conference on August 9, 2010, that the adversary proceeding had been settled; but that no action has been taken by Plaintiff consummate the settlement or to prosecute this adversary proceeding since August 9, 2010, it is

ORDERED that Plaintiff and Defendant, by and through counsel, shall appear before this court at the above date, time and place to show cause, if any, why this adversary proceeding should not be dismissed for failure to prosecute pursuant to F.R.Civ.P. 41(b), as incorporated into FRBP 7041, and LBR 7016-1(g); and it is further

ORDERED that the failure to appear at the hearing on this Order to Show Cause shall be deemed to constitute consent to a dismissal of this adversary proceeding with prejudice and such other relief as the court may deem appropriate.

DATED: OCT 20 2010

_____
PETER H. CARROLL
United States Bankruptcy Judge

| In re: | CHAPTER |
|---|---|
| Debtor(s). | CASE NUMBER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

255 EAST TEMPLE STREET, LOS ANGELES, CA  90012

The foregoing document described <u>ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION</u> _will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___10/21/2010___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- J Scott Bovitz    bovitz@bovitz-spitzer.com
- Matthew A Lesnick    matt@lesnicklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served):
On ___10/21/2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Bren C Conner
Conner & Associates
212 Yacht Club Wy Ste 2
Redondo Beach, CA 90277

**Matthew A Lesnick**
Matthew A. Lesnick, Attorney at Law
185 Pier Ave Ste 103
Santa Monica, CA 90405

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re: | | CHAPTER |
|---|---|---|
| | Debtor(s). | CASE NUMBER |

**Barry R Wegman**
Law Offices of David A Tilem
206 N Jackson St Ste 201
Glendale, CA 91206

**David A Tilem**
Law Offices of David A Tilem
206 N Jackson St Ste 201
Glendale, CA 91206

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/21/2010 | Connie Ray | |
|---|---|---|
| Date | Type Name | Signature |

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) <u>ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>10/21/2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- J Scott Bovitz    bovitz@bovitz-spitzer.com

- Matthew A Lesnick    matt@lesnicklaw.com

- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

- Barry R Wegman    barrywegman@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Bren C Conner
Conner & Associates
212 Yacht Club Wy Ste 2
Redondo Beach, CA 90277

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9021-1.1**